TDCJ Offender Details

83,540-01

 **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**  TDCJ Home  New Offender Search

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 04363267 |
| **TDCJ Number:** | 01968840 |
| **Name:** | SHELTON,DAVINDA YVONNE |
| **Race:** | W |
| **Gender:** | F |
| **DOB:** | 1972-08-08 |
| **Maximum Sentence Date:** | 2017-10-22 |
| **Current Facility:** | MURRAY |
| **Projected Release Date:** | 2016-02-07 |
| **Parole Eligibility Date:** | 2015-02-26 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:**   Offender is not scheduled for release at this time.

**Scheduled Release Type:**   Will be determined when release date is scheduled.

**Scheduled Release Location:**   Will be determined when release date is scheduled.

## Parole Review Information

## Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |